No. 795. Isaacs, Trustee in Bankruptcy, v. Hobbs Tie & Timber Co. May 19, 1930. The motion for a writ of certiorari to bring up the entire record and cause is granted. *Mr. Thomas J. Reilly* submitted the motion in behalf of *Mr. William R. Watkins* for Isaacs. No appearance for the Hobbs Tie & Timber Company.

No. 490. Slemp v. City of Tulsa et al. Argued May 5, 1930. Decided May 19, 1930. *Per Curiam:* Appeal dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Richard K. Bridges,* with whom *Messrs. Randolph Shirk, John A. Haver,* and *H. W. Randolph* were on the brief, for appellant. *Messrs. Thomas D. Lyons,* City Solicitor of Tulsa, *M. C. Sprad-ling,* City Attorney, *Conn Linn, Eben L. Taylor,* and *Felix A. Bodovitz* on the brief for the City of Tulsa. *Messrs. Philip Kates* and *Nathan A. Gibson* on the brief for King et al.